IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MA,

    Plaintiff,

v.

US DEPARTMENT OF AGRICULTURE,

    Defendant.

No. C 10-02664 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 21, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 10, 2010.

DESIGNATION OF EXPERTS: 1/7/11; REBUTTAL: 1/18/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 24, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by January 28, 2011;

    Opp. Due February 11, 2011; Reply Due February 18, 2011;

    and set for hearing no later than March 4, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 26, 2011 at 3:30 PM.

COURT TRIAL DATE: May 9, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff has agreed to preserve any non-accounting records.
The issue of jurisdiction shall be determined as soon as possible.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                              SUSAN ILLSTON
                              United States District Judge