1   PETER·CHAO, ESQ. (SBN: 134743)
    Chao and Lopez
2   975 Corporate Way
    Fremont, CA 94539
3   Telephone: (510) 657-8899

4   Attorney for Plaintiff
    DAVID MA

5

6   MELINDA HAAG (CSBN 132612)
    United States Attorney
7   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
8   NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney

9
        450 Golden Gate Avenue, Box 36055
10      San Francisco, California 94102-3495
        Telephone: (415) 436-7155
11      FAX: (415) 436-6927
        neill.tseng@usdoj.gov
12
    Attorneys for Defendants
13  U.S. DEPARTMENT OF AGRICULTURE and
    UNITED STATES OF AMERICA
14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18
    DAVID MA dba                      )    No. CV 10-2664 SI
19  GOLDEN MOUNTAIN MARKET,           )
                                      )
20          Plaintiff,                )    **STIPULATION TO DISMISS WITH**
                                      )    **PREJUDICE PLAINTIFF'S SECOND**
21      v.                            )    **AND THIRD CAUSES OF ACTION;**
                                      )    **[PROPOSED] ORDER**
22  U.S. DEPARTMENT OF AGRICULTURE    )
    and UNITED STATES OF AMERICA,     )
23                                    )
            Defendants.               )
24  _____  )

25          Subject to the approval of the court, the parties stipulate that plaintiff's "Second Cause of

26  Action - Violation of Equal Protection - Civil Code Sec. 51 (b)" and plaintiff's "Third Cause of

27  Action – Violation of Freedom of Information Act - Public Records," which causes of action

28  //

    STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND AND THIRD CAUSES OF
    ACTION; [PROPOSED] ORDER
    CV 10-2664 SI

1   were alleged in plaintiff's complaint, are each and both dismissed with prejudice.

2

3   DATED: 11/4/10

4                                               PETER CHAO
                                                Attorney for Plaintiff
5

6                                               MELINDA HAAG
                                                United States Attorney
7

8   DATED: 11/8/10
                                                NEILL T. TSENG
9                                               Assistant United States Attorney
                                                Attorneys for Defendants
10

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

12

13

14  DATED:

15                                              HON. SUSAN ILLSTON
                                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND AND THIRD CAUSES OF
ACTION; [PROPOSED] ORDER
CV 10-2664 SI