1  PETER CHAO, ESQ. (SBN: 134743)
   Chao and Lopez
2  975 Corporate Way
   Fremont, CA 94539
3  Telephone: (510) 657-8899

4  Attorney for Plaintiff
   DAVID MA
5

6  MELINDA HAAG (CSBN 132612)
   United States Attorney
7  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
8  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
9
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
11     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
12
   Attorneys for Defendants
13 U.S. DEPARTMENT OF AGRICULTURE and
   UNITED STATES OF AMERICA
14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18
   DAVID MA dba                    )    No. CV 10-2664 SI
19 GOLDEN MOUNTAIN MARKET,         )
                                   )
20        Plaintiff,               )    STIPULATION AND [PROPOSED]
                                   )    ORDER FOR LEAVE TO FILE FIRST
21        v.                       )    AMENDED COMPLAINT; EXHIBIT A
                                   )
22 U.S. DEPARTMENT OF AGRICULTURE )
   and UNITED STATES OF AMERICA,   )
23                                 )
          Defendants.              )
24 _____ )

25        Subject to the approval of the court, the parties stipulate that plaintiff will have leave to

26 //

27 //

28 //

   STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED
   COMPLAINT; EXHIBIT A
   CV 10-2664 SI

1   file the First Amended Complaint attached hereto as Exhibit A.

2

3   DATED:  11/5/10

4                                          PETER CHAO

5                                          Attorney for Plaintiff

6                                          MELINDA HAAG
                                           United States Attorney
7

8   DATED:  11/8/10

9                                          NEILL T. TSENG
                                           Assistant United States Attorney
10                                         Attorneys for Defendants

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

12

13

14  DATED:

15                                         HON. SUSAN ILLSTON
                                           United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT; EXHIBIT A
CV 10-2664 SI

# EXHIBIT A

PETER CHAO, ESQ. (SBN: 134743)
Chao and Lopez
975 Corporate Way
Fremont, CA 94539
Telephone: (510)657-8899

Attorney for David Ma

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MA dba<br>GOLDEN MOUNTAIN MARKET<br><br>          Plaintiff,<br><br>     vs.<br><br>U.S. DEPARTMENT OF<br>AGRICULTURE, UNITED STATES, and<br>Does 1-10.<br><br>          Defendants. | **CV 10-2664**<br><br>**FIRST AMENDED<br>COMPLAINT FOR<br>PRELIMINARY AND<br>PERMANENT INJUNCTIONS,<br>VIOLATION OF EQUAL<br>PROTECTION, AND<br>DAMAGES.** |

Plaintiff, DAVID MA, alleges:

FIRST CAUSE OF ACTION – PRELIMINARY AND PERMANENT INJUNCTION

1. Plaintiff, DAVID MA, is and at all times mentioned in this complaint was the owner of a

market located at 846 Jackson St., San Francisco, CA 94133.

1

-First Amended Complaint for Preliminary and Permanent Injunction -

2,  DAVID MA is Chinese and operates a Chinese market selling gourmet Chinese food items in San Francisco Chinatown, Mr. Ma is a food vendor for the Supplemental Nutrition Assistance Program (SNAP) operated by the U.S. Department of  Agriculture (USDA), Food and Nutrition Service (FNS).  Approximately, 20% of Mr. Ma's income comes from SNAP sales and the premature barring of Mr. Ma from the SNAP threatens his right to continue conducting an established business.

3. Defendants, U.S. Department of Agriculture and United States are, and at all times mentioned in this complaint were, operating a Supplemental Nutrition Assistance Program (SNAP) which provided food to low-income individuals .

4. Defendants Doe I through Doe 10, inclusive,  are sued in this complaint under fictitious names.  Their true names and capacities are unknown to Plaintiff when their true names and capacities are ascertained, Plaintiff will amend this complaint.

5. Beginning on or about November 17, 2009 and continuing to the present, defendants, and each of them, wrongfully and unlawfully terminated Golden Mountain Market's right to be a vendor in the SNAP.

6. On or about December 21, 2009, Plaintiff, DAVID MA, has demanded that defendants stop their wrongful conduct described above.   Defendants, and each of them have refused and still refuse to refrain from their conduct.

7. Defendants wrongful conduct, unless and until enjoined and restrained by order of this court, will cause great and irreparable injury to Plaintiff as it will be extremely financially detrimental to the continued operation of Golden Mountain Market.

2

-First Amended Complaint for Preliminary and Permanent Injunction -

8.  Plaintiff has no adequate remedy at law for the injuries presently being suffered because Plaintiff David Ma may be forced to close his business.

9.  Plaintiff has already permanently suffered financial losses in an amount that will be ascertained at trial.

SECOND CAUSE OF ACTION - VIOLATION OF EQUAL PROTECTION – U.S. CONSTITUTION, 14th AMENDMENT, SECTION 1.

10.  Plaintiff, DAVID MA, is Chinese and alleges that defendants have violated Section 1 of the 14th Amendment to the U.S. constitution in relevant part,"…nor shall any state deprive any person of life liberty, or property, without due process of law nor deny to any person within its jurisdiction the equal protection of the laws." because of discriminatory enforcement of the laws by defendants.

11.  Plaintiff runs a market which caters to selling specialty food items to low income Chinese.  His market Golden Mountain is being treated in a discriminatory manner by defendants.

12.  Plaintiff alleges that while on the SNAP, his market sold significant volume of food items to Chinese and was reprimanded by USDA.  However, other markets were treated differently and not severely punished for the same violations of the SNAP.

13.  Plaintiff, DAVID MA, is Chinese and maintains the discrimination is invidious and subject to "strict scrutiny" by this court.

3

-First Amended Complaint for Preliminary and Permanent Injunction -

WHEREFORE, Plaintiff prays judgment against defendants, and each of them, as follows:

1. For an order requiring defendants to show cause, if any they have why they should not be enjoined as set forth in this complaint, during the pendancy of this action.

2. For a preliminary injunction, and a permanent injunction all enjoining defendants and each of them, and their agents, in concert with them:

    a. From terminating David Ma dba Golden Mountain Market's right to participate in the SNAP.

3. For damages in an amount to be determined at trial.

4. For attorney fees.

5. For costs of suit incurred in this action; and

6. For such other and further relief as the court deems proper.

Respectfully,

Dated: _11/4/10_

PETER CHAO
Attorney for David Ma

4

-First Amended Complaint for Preliminary and Permanent Injunction -

**PROOF OF SERVICE BY MAIL**

I, Lisa  Yang, declare:

I am over of the age eighteen years, and not a party to the within action.  My business address is Chao & Lopez, 975 Corporate Way, Fremont, California 94539, where I am employed.  On the date set forth below I served the documents described below in the manner described below:

**FIRST AMENDED COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIONS, VIOLATION OF EQUAL PROTECTION, AND DAMAGES.**

In the manner identified above on the person (s) listed below:

X       **MAIL** – placed in the United States mail at Fremont ,
        California, first class postage fully prepaid.

**Neill T. Tseng, Esq.**
**U.S. Department of Agriculture and**
**United States of America**
**450 Golden Gate Ave.**
**San Francisco,  CA 94102-3495**

_       **EXPRESS MAIL** – consigned such copies in a sealed envelope to an Express mail messenger.

_       **PERSONAL SERVICE** – delivered by hand to the address.

_       **FAX** – same day delivery by facsimile transmission to the addressee's fax number.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on Nov. 4, 2010 at Fremont, California.

Dated: 11/04/2010

Lisa Yang

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that he is causing a copy of the following:

**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION; [PROPOSED] ORDER**

**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; EXHIBIT A**

<u>David Ma v. U.S. Department of Agriculture</u>
Case No. CV 10-02664 SI

to be served this date upon the party in this action by placing a true

copy thereof in a sealed envelope, and served as follows:

 _X_   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **FEDERAL EXPRESS**

____   **PERSONAL SERVICE (BY MESSENGER)**

____   **FACSIMILE (FAX)**  Telephone No.:_ See Below _____

____   **EMAIL**   (chaolopez@yahoo.com)

to the party(ies) addressed as follows:

Peter Chao
Chao & Lopez
975 Corporate Way
Fremont, CA 94539

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.   Executed on November 8, 2010 at San Francisco, California.

_____
          /s/
DANIEL CHARLIER-SMITH

Legal Assistant