PETER CHAO, ESQ. (SBN: 134743)
Chao and Lopez
975 Corporate Way
Fremont, CA 94539
Telephone: (510) 657-8899

Attorney for Plaintiff
DAVID MA dba GOLDEN MOUNTAIN MARKET

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendants
U.S. DEPARTMENT OF AGRICULTURE and
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MA dba<br>GOLDEN MOUNTAIN MARKET,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE<br>and UNITED STATES OF AMERICA,<br><br>    Defendants. | No. CV 10-2664 SI<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER** |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff DAVID MA dba GOLDEN MOUNTAIN MARKET and defendants U.S. DEPARTMENT OF AGRICULTURE

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
CV 10-2664 SI

and UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were or could have been asserted therein. Each party will bear its own costs and attorneys fees.

DATED: 12/14/10

PETER CHAO
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 12/16/10

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:

HON. SUSAN ILLSTON
United States District Judge

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
CV 10-2664 SI